DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
JOHN N. and DANA M. MACIEL

Chapter 13
Case No. 13-11970 WJL

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rules of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $4.59 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 7B | CLERK OF THE COURT FOR ANDREW DA'CUNHA / MARTIN L. HIRSCH 438 FIRST ST 4TH FLOOR SANTA ROSA, CA 95401 | $4.59 |

Dated:   March 5, 2019

/s/ LOLOHEA HAUPEAKUI
LOLOHEA HAUPEAKUI
Receipts Administrator